1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  AMY B. NORRIS, Cal. Bar No. 201147
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:  415-434-9100
5  Facsimile:  415-434-3947
   Email:  cdonovan@sheppardmullin.com
6
   Attorneys for Plaintiff Triton Container
7  International Limited

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | TRITON CONTAINER        | Case No. C 06 0326
   | INTERNATIONAL LIMITED,  |
12 |                         | REQUEST AND ORDER FOR
   |          Plaintiff,     | SERVICE BY PROCESS SERVER
13 |                         |
   |    v.                   |
14 |                         |
   | CHINA SHIPPING CONTAINER LINES
15 | (HONG KONG) CO., LTD., *in personam*,
   | and CHINA SHIPPING CONTAINER
16 | LINES (ASIA) CO., LTD., *in personam*,
   |
17 |          Defendants.

18

19

20       Pursuant to Rule 4 (c) of the Federal Rules of Civil Procedure, plaintiff

21 Triton Container International Limited requests that _____ of

22 A&A Legal Service Inc., who is at least 18 years of age, of suitable discretion and not a

23 party to this action, be authorized and appointed to serve the Writs of Attachment in the

24

25

26

27

28

-1-
W02-SF:5AN\61481869.2                REQUEST AND ORDER FOR SERVICE BY PROCESS
                                                                         SERVER

1 | above captioned case. The United States Marshals Service will remain the Levying
2 | Officer.

      IT IS SO ORDERED.

Dated: January 26, 2006

_____
UNITED STATES DISTRICT JUDGE