1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
3 | AMY B. NORRIS, Cal. Bar No. 201147
Four Embarcadero Center, 17th Floor
4 | San Francisco, California  94111-4106
Telephone:    415-434-9100
5 | Facsimile:    415-434-3947
Email:        cdonovan@sheppardmullin.com
6 |
Attorneys for Plaintiff Triton Container
7 | International Limited

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | TRITON CONTAINER
INTERNATIONAL LIMITED,
12 |                                         **REQUEST AND ORDER FOR**
Plaintiff,                              **SERVICE BY PROCESS SERVER**
13 |

14 |        v.

15 | CHINA SHIPPING CONTAINER LINES
(HONG KONG) CO., LTD., *in personam,*
16 | and CHINA SHIPPING CONTAINER
LINES (ASIA) CO., LTD., *in personam,*

17 |        Defendants.

18 |

19 |

20 |        Pursuant to Rule 4 (c) of the Federal Rules of Civil Procedure, plaintiff

21 | Triton Container International Limited requests that _____ of

22 | A&A Legal Service Inc., who is at least 18 years of age, of suitable discretion and not a

23 | party to this action, be authorized and appointed to serve the Writs of Attachment in the

24 |

25 |

26 |

27 |

28 |

Case No. C 06 0326

-1-

1 | above captioned case. The United States Marshals Service will remain the Levying

2 | Officer.

3 |

4 |            IT IS SO ORDERED.

5 | Dated: _January 26_, 2006

6 |

7 |

8 | _____

9 |            UNITED STATES DISTRICT JUDGE

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-2-