SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:         cdonovan@sheppardmullin.com

Attorneys for Plaintiff Triton Container
International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITON CONTAINER INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD., *in personam*, and CHINA SHIPPING CONTAINER LINES (ASIA) CO., LTD., *in personam*,<br><br>Defendants. | Case No. C 06 0326 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff and defendants have reached a settlement agreement.  Defendants have made the first payment under that agreement.  The parties therefore stipulate as follows:

1.    This action may be dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

2.    A dismissal entered pursuant to this stipulation will not operate as a voluntary dismissal for the purpose of limiting plaintiff's rights to a later dismissal without prejudice on the same claim as provided in Fed. R. Civ. P. 41 (a)(1).

3.    Notwithstanding this stipulation, either party may move to enforce the terms of the settlement agreement.

-1-

1    4.    A dismissal entered pursuant to this stipulation and order shall be without an
2 award of costs or attorneys' fees to either party, but is shall also be without prejudice to
3 any right plaintiff may have under its lease agreements with defendants to obtain those fees
4 and costs.

6 Dated: March 13, 2006

7                                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

9                              By        /s/ Charles S. Donovan

                                              CHARLES S. DONOVAN
11                                        Attorneys for Plaintiff Triton Container
                                                  International Limited

14 Dated: March 10, 2006

15                                         KEESAL, YOUNG & LOGAN

17                              By        /s/ John D. Giffin

                                                JOHN D. GIFFIN
19                                        Attorneys for Defendants China Shipping
                                          Container Lines (Hong Kong) Co., Ltd. and China
20                                        Shipping Container Lines (Asia) Co., Ltd.

22            IT IS SO ORDERED.

23            3/14/06
24 Dated: _____

                                          IT IS SO ORDERED
                                          /s/ Phyllis J. Hamilton
                                          UNITED STATES DISTRICT JUDGE
                                          Judge Phyllis J. Hamilton